IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-04043-01-CR-C-BP |
| | ) | |
| CHRISTOPHER CURTIS KELLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S LIST OF TRIAL EXHIBITS

The United States of America, the United States Attorney for the Western District of Missouri, provides this list of exhibits which the Government intends to offer in evidence in the presentation of its case-in-chief:

1. Video of Kelley in Ellis Library
2. Still photos of Kelley in Ellis Library
3. Photos from the Columbia Fire Department
4. 1407 Windsor fire (5) photos
5. Kelley's clothing
6. Computer equipment recovered from Kelley's residence
7. DVD containing video surveillance of library
8. DVD containing interview with Kelley
9. Diagram of 1st Floor
10. Diagram of 2nd floor
11. Diagram of 4th Floor
12. Pole from Quiet sign
13. Note recovered from library
14. Photograph: Fire Nine, South wall of Access Services (room 102)
15. Photograph: Fire Nine, South wall of Access Services
16. Photograph: Fire Nine, South wall of Access Services
17. Photograph: Fire Nine, South wall of Access Services
18. Photograph: from sight of Fire Nine looking to the west wall

1

19. Photograph: Broken computer monitor 1 in Access Services
20. Photograph: Broken computer monitor 1 in Access Services
21. Photograph: Broken computer monitor 1 office space
22. Photograph: Southeast view of Access Services from area of Reserve door (room 101B)
23. Photograph: South view of Access Services from area of Reserve door (room 101B)
24. Photograph: Fire 8, fire on desk south of the door from the Reserve Area into Access Services
25. Photograph: Fire 8, fire on desk south of the door from the Reserve Area into Access Services
26. Photograph: Fire 7, fire on desk north of the door from the Reserve Area into Access Services
27. Photograph: Broken computer monitor 2
28. Photograph: Fire 7, fire on desk north of the door from the Reserve Area into Access Services
29. Photograph: Fire 7, fire on desk north of the door from the Reserve Area into Access Services
30. Photograph: Debris on floor from Fire 7
31. Photograph: Broken computer monitor 3 in Access Services
32. Photograph: Broken computer monitor 3 in Access Services
33. Photograph: Broken computer monitor 5 in Access Services
34. Photograph: Broken computer monitor 2 in Access Services
35. Photograph: Broken computer monitor 2 in Access Services
36. Photograph: Debris on floor from Fire 7
37. Photograph: Desk area by southeast exit for Access Services
38. Photograph: Broken computer monitor 4 in Access Services
39. Photograph: North view from Copy Services door (room 115)
40. Photograph: View of window that had been open
41. Photograph: View of window that had been open
42. Photograph: Close up of knocked over debris by window that had been open
43. Photograph: Close up of knocked over debris by window that had been open
44. Photograph: Photo of doorway to Microforms 403, location of broken window on floor 4
45. Photograph: Collection of fire 2 in Copy Services (room 115)
46. Photograph: Collection of 2 in Copy Services
47. Photograph: Collection of fire 2 in Copy Services
48. Photograph: Collection of fire 2 in Copy Services
49. Photograph: Collection of fire 2 in Copy Services
50. Photograph: Collection of fire 1 in Copy Services
51. Photograph: Collection of fire 1 in Copy Services
52. Photograph: Collection of fire 1 in Copy Services

53. Photograph: Collection of fire 4 in Reserve Area (room 101B)
54. Photograph: Collection of fire 5 in Reserve Area
55. Photograph: Collection of fire 4 and fire 5 in Reserve Area
56. Photograph: Collection of fire 4 in Reserve Area
57. Photograph: Collection of fire 5 in Reserve Area
58. Photograph: Collection of fire 7 in Access Services Area
59. Photograph: Collection of fire 7 in Access Services Area
60. Photograph: Collection of fire 7 in Access Services Area
61. Photograph: Collection of fire 7 in Access Services Area
62. Photograph: Collection of fire 7 in Access Services Area
63. Photograph: Broken window on 4th floor in Microforms (room 403)
64. Photograph: Broken window on 4th floor
65. Photograph: Broken window on 4th floor
66. Photograph: Doorway to Microforms 403, location of broken window on 4th floor
67. Photograph: Property Damage 4, original location of broken camera behind Circulation Desk
68. Photograph: Circulation Desk (101)
69. Photograph: Hallway to the southeast of Circulation Desk
70. Photograph: View to the south from the north entrance to Ellis Library
71. Photograph: View to the southeast from the north entrance to Ellis Library
72. Photograph: Doorway to Reserve Area (101B)
73. Photograph: Doorway to Reserve Area
74. Photograph: Scanner on floor by Circulation Desk by Reserve Area door
75. Photograph: Scanner on floor by Circulation Desk by Reserve Area door
76. Photograph: View to the northeast from south entrance to Reserve Area
77. Photograph: Property Damage 4, Broken camera behind Circulation Desk
78. Photograph: Property Damage 4, Broken camera behind Circulation Desk
79. Photograph: Property Damage 4, Broken camera behind Circulation Desk
80. Photograph: Scanner on floor by Circulation Desk and Fire 3 behind Circulation Desk
81. Photograph: Fire 3 behind Circulation Desk
82. Photograph: Wood handle from broken object, possibly a cane or umbrella
83. Photograph: View to the east from south entrance to Reserve Area
84. Photograph: Fires 4 and 5 in Reserve Area
85. Photograph: Debris and water on floor by Fires 4 and 5 in Reserve Area
86. Photograph: Debris and water on floor by Fires 4 and 5 in Reserve Area
87. Photograph: Area directly south of Fires 4 and 5 in Reserve Area
88. Photograph: Door from Reserve Area to Access Services Area (102)
89. Photograph: Fires 4 and 5 in Reserve Area and Door from Reserve Area to Access Services Area

90. Photograph: Window opened by Fire Department for hose
91. Photograph: Fires 4 and 5 in Reserve Area
92. Photograph: Fires 4 and 5 in Reserve Area
93. Photograph: Fires 4 and 5 in Reserve Area
94. Photograph: Items and Debris on shelves below Fires 4 and 5 in Reserve Area
95. Photograph: Items and Debris on shelves below Fires 4 and 5 in Reserve Area
96. Photograph: Fires 4 and 5 in Reserve Area
97. Photograph: Items and Debris on shelves below Fires 4 and 5 in Reserve Area
98. Photograph: Items and Debris on shelves below Fires 4 and 5 in Reserve Area
99. Photograph: Fire 5 in Reserve Area
100. Photograph: Fire 5 in Reserve Area and Door from Reserve Area to Access Services Area
101. Photograph: Door from Reserve Area to Access Services Area
102. Photograph: Property Damage 4, original location of broken camera behind Circulation Desk
103. Photograph: Property Damage 4, original location of broken camera behind Circulation Desk
104. Photograph: Wall between Property Damage 4 and Property Damage 5
105. Photograph: Area between Property Damage 4 and Property Damage 5
106. Photograph: Fragments from broken wood handle on floor
107. Photograph: Fragments from broken wood handle on floor
108. Photograph: Property Damage 2, broken window outside office 101A
109. Photograph: Property Damage 2, broken window outside office 101A
110. Photograph: Fire 3 behind Circulation Desk
111. Photograph: Close up of Fire 3 behind Circulation Desk
112. Photograph: View of Circulation Desk Property Damage 4, 5, and 9
113. Photograph: Property Damage 5, original location of broken camera behind Circulation Desk
114. Photograph: Property Damage 5, original location of broken camera behind Circulation Desk
115. Photograph: Property Damage 5, broken camera behind Circulation Desk
116. Photograph: Property Damage 5, broken camera behind Circulation Desk
117. Photograph: View from the area of the north entrance towards Copy Services (115)
118. Photograph: Entrance to Copy Services
119. Photograph: north view from Copy Services door
120. Photograph: Copy Services main desk
121. Photograph: Fires 1 and 2, View to the west from north end of Copy Services main desk
122. Photograph: Fires 1 and 2, View to the west from north end of Copy Services main desk
123. Photograph: Fire 2 in Copy Services

124. Photograph: Fire 2 in Copy Services
125. Photograph: Fire 2 in Copy Services
126. Photograph: Fires 1 and 2 in Copy Services
127. Photograph: Fire 1 in Copy Services
128. Photograph: Fire 1 in Copy Services
129. Photograph: Fire 1 in Copy Services
130. Photograph: Fire 1 and 2 in Copy Services
131. Photograph: View to the northwest from Fire 2 in Copy Services
132. Photograph: View to the north from Fire 2 in Copy Services
133. Photograph: Fire 2 in Copy Services
134. Photograph: Fire 2 in Copy Services
135. Photograph: Fire 1 in Copy Services
136. Photograph: Fire 1 in Copy Services
137. Photograph: Fire 1 in Copy Services
138. Photograph: View to the west hallway from Copy Services door
139. Photograph: Women's restroom and Current Periodicals (114) doorway
140. Photograph: Women's restroom
141. Photograph: 1 East Stairwell
142. Photograph: 1 East Stairwell Emergency Exit sign in stairwell
143. Photograph: North entrance to Ellis Library
144. Photograph: View of Copy Services windows from outside Ellis Library
145. Photograph: View of Copy Services window that was found open, from outside Ellis Library
146. Photograph: View of the outside of Ellis Library mulch where Brass Refurbisher was located
147. Photograph: Brass Refurbisher lying in Mulch outside Ellis Library
148. Photograph: Brass Refurbisher lying in Mulch outside Ellis Library
149. Photograph: Feces and Urine on desk
150. Photograph: Feces and Urine on desk 2
151. Photograph: Fire in Interlibrary Loan (103) offices 001**:** Fire 10
152. Photograph: Fire in Interlibrary Loan (103) offices 002**:** Fire 10
153. Photograph: Fire in Interlibrary Loan (103) offices 003**:** Fire 10
154. Photograph: Fire in Interlibrary Loan (103) offices 004**:** Fire 10
155. Photograph: Fire in Interlibrary Loan (103) offices 005**:** Fire 10
156. Photograph: From Ellis Security of Fire 10
157. Photograph: Damaged Quiet Area sign
158. Photograph: Damaged Quiet Area sign 2
159. Photograph: Damaged Quiet Area sign 3
160. Photograph: Damaged Quiet Area sign 4

161. Photograph: Metal Pole from Quiet Area sign
162. Photograph: Metal Pole from Quiet Area sign 2
163. Photograph: Kelley employment paperwork
164. Photograph: Kelley employment paperwork 2
165. Photograph: Kelley employment paperwork 3
166. Photograph: Kelley employment paperwork 4
167. Photograph: Notes written by Kelley while in prisoner processing area
168. Photograph: Note recovered on desk by Fire 8
169. Photograph: Note recovered on desk by Fire 8
170. Photograph: Desktop that note was recovered from
171. Photograph: Kelley Clothing 1: Kelley shirt
172. Photograph: Kelley Clothing 2: Kelley shirt
173. Photograph: Kelley Clothing 3: Kelley shirt stamp
174. Photograph: Kelley Clothing 4: Kelley shoes
175. Photograph: Kelley Clothing 5: Kelley shoes
176. Photograph: Kelley Clothing 6: Kelley shorts
177. Photograph: Kelley Clothing 7: Kelley shorts
178. Photograph: Kelley Clothing 8: Kelley shorts tag
179. Photograph:   Exterior photo showing Audrey Webb sign
180. Photograph:   Exterior photo showing neighborhood
181. Photograph:   Exterior photo showing neighborhood
182. Photograph:   Exterior photo showing neighborhood
183. Photograph:   Exterior of building
184. Photograph:   Exterior of building
185. Photograph:   Door to classroom
186. Photograph:   Interior of building
187. Photograph:   Door to classroom
188. Photograph:   Entryway into classroom
189. Photograph:   Interior of classroom
190. Photograph:   Interior of classroom
191. Photograph:   Interior of classroom
192. Photograph:   Interior of classroom
193. Photograph:   Interior of classroom, computers
194. Photograph:   Interior of classroom, missing computer
195. Photograph:   Interior of classroom, corner fire damage
196. Photograph:   Interior of classroom, corner fire damage
197. Photograph:   Interior of classroom
198. Photograph:   Interior of classroom
199. Photograph:   Interior of classroom

200. Photograph: Interior of classroom, fire damage
201. Photograph: Interior of classroom, fire damage
202. Photograph: Table
203. Photograph: Interior of classroom
204. Photograph: Interior of classroom, fire debris
205. Photograph: Fire debris
206. Photograph: Fire debris
207. Photograph: Bottom of table
208. Photograph: Bottom of table showing damage

The Government believes the defendant's counsel has seen most of the above. Any or all of the above may be viewed by making an appointment with the undersigned. A detailed exact numbering will be given to counsel and the Court prior to trial.

Respectfully submitted,

**Tammy Dickinson**
United States Attorney

By      /S/
**Jim Lynn**
Assistant United States Attorney
Missouri Bar No. 32140

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on April 5, 2013, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/S/
**Jim Lynn**
Assistant United States Attorney