IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-04043-01-CR-C-BP |
| | ) | |
| **CHRISTOPHER CURTIS KELLEY,** | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S SUPPLEMENTAL LIST OF WITNESSES

COMES NOW the United States of America, by and through Tammy Dickinson, the United States Attorney for the Western District of Missouri, and provides this supplemental list of witnesses, who the undersigned attorney for the Government intends to call in the presentation of its case-in-chief:

40. Lawrence Schilke
    Columbia, Missouri

                                            Respectfully submitted,

                                            **Tammy Dickinson**
                                            United States Attorney

             By                /S/

                                            **Jim Lynn**
                                            Assistant United States Attorney
                                            Missouri Bar No. 32140

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on April 12, 2013, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/S/
**Jim Lynn**
Assistant United States Attorney

2