UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA, )
)
v. ) Case Number 12-04043-01-CR-C-BP
)
CHRISTOPHER CURTIS KELLEY )

## (11) EXHIBIT INDEX

| ✓ | = offered & admitted w/o objection | Ltd | = admitted for limited purposes |
| Ex | = offered, but objected to and excluded | X | = offered & admitted over objection |
| DB | = admitted, de bene | NO | = marked, but not offered |
| | | WD | = offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 4/22/13 | 3:46pm | Photo of exterior of Audrey Webb Children's School |
| 2 | ✓ | 4/22/13 | 3:46pm | Photo of outside entrance to Audrey Webb Children's School |
| 3 | ✓ | 4/22/13 | 3:46pm | Photo of entrance to classroom #108 |
| 4 | ✓ | 4/22/13 | 3:46pm | Photo of interior of classroom #108 |
| 5 | ✓ | 4/22/13 | 3:46pm | Photo of interior of classroom #108, southeast corner (fire damage) |
| 6 | ✓ | 4/22/13 | 3:46pm | Photo of table containing computers |
| 7 | ✓ | 4/22/13 | 3:46pm | Photo of table with missing computer |
| 8 | ✓ | 4/22/13 | 3:46pm | Photo of southeast corner fire damage |
| 9 | ✓ | 4/22/13 | 3:46pm | Photo of southeast corner fire damage |
| 10 | ✓ | 4/22/13 | 3:46pm | Photo of tabletop |
| 11 | ✓ | 4/22/13 | 3:46pm | Photo of underside of table |
| 12 | ✓ | 4/22/13 | 4:05pm | Photo of exterior of Hubble Street residence |
| 13 | ✓ | 4/22/13 | 4:05pm | Photo of interior of residence, stairway |
| 14 | ✓ | 4/22/13 | 4:05pm | Photo of closet/office where monitor recovered |

Page # __1__ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

__Jim Lynn_____
Name                                                             Signature

exhibit.ind

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

UNITED STATES OF AMERICA, )
)
v. ) Case Number 12-04043-01-CR-C-BP
)
CHRISTOPHER CURTIS KELLEY )
)

## Continuation
## EXHIBIT INDEX   Page # 2

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 15 | ✓ | 4/22/13 | 4:05 pm | Photo green basket containing numeric keyboard |
| 16 | ✓ | 4/22/13 | 4:05 pm | Photo closet leading to attic |
| 17 | ✓ | 4/22/13 | 4:05 pm | Photo showing entry to attic |
| 18 | ✓ | 4/22/13 | 4:05 pm | Photo showing Apple Mac Mini computer, in attic in insulation |
| 19 | ✓ | 4/22/13 | 4:05 pm | Photo showing Apple Mac Mini computer |
| 20 | ✓ | 4/22/13 | 4:05 pm | Photo showing Apple Mac Mini computer showing serial number |
| 21 | ✓ | 4/22/13 | 4:05 pm | Photo showing monitor, keyboard, and Mac Mini computer |
| 22 | ✓ | 4/22/13 | 4:10 pm | Vusonic 22 inch LED monitor |
| 23 | ✓ | 4/22/13 | 4:14 pm | White keyboard |
| 24 | ✓ | 4/22/13 | 4:15 pm | Mac Mini Apple computer |
| 25 | ✓ | 4/23/13 | 9:43 am | Photo exterior of north entrance to Ellis Library |
| 26 | ✓ | 4/23/13 | 9:43 am | Photo interior of Ellis Library facing south through entrance |
| 27 | ✓ | 4/23/13 | 9:43 am | Photo interior of Ellis Library (hallway) |
| 28 | ✓ | 4/23/13 | 9:43 am | Photo interior of Ellis Library (hallway) |
| 29 | ✓ | 4/23/13 | 9:43 am | Photo of entrance to room 115, Copy Service |
| 30 | ✓ | 4/23/13 | 9:43 am | Photo of interior of Copy Service office |
| 31 | ✓ | 4/23/13 | 9:43 am | Photo of interior of Copy Service office (fires 1 and 2) |
| 32 | ✓ | 4/23/13 | 9:43 am | Photo of interior of Copy Service office (fires 1 and 2) |
| 33 | ✓ | 4/23/13 | 9:43 am | Photo of interior of Copy Service office (fire 2) |
| 34 | ✓ | 4/23/13 | 9:43 am | Photo of interior of Copy Service office (fires 1 and 2) |

: Page # __2__ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

__Jim Lynn__
Name                                                                        Signature

UNITED STATES OF AMERICA, )
)
v. ) Case Number 12-04043-01-CR-C-BP
)
CHRISTOPHER CURTIS KELLEY )

## Continuation
## EXHIBIT INDEX    Page # 3

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 35 | ✓ | 4/23/13 | 9:43am | Photo of wooden rolling cart behind Reserve counter (fire 3) |
| 36 | ✓ | 4/23/13 | 9:43am | Photo showing top of rolling cart with burned notebook (fire 3) |
| 37 | ✓ | 4/23/13 | 9:43am | Photo of interior of workroom behind Reserve desk |
| 38 | ✓ | 4/23/13 | 9:43am | Photo showing burned postal envelopes on floor of workroom |
| 39 | ✓ | 4/23/13 | 9:43am | Photo showing metal shelving with burned envelopes (fire 4) |
| 40 | ✓ | 4/23/13 | 9:43am | Photo showing entrance into room #102, Circulation Offices |
| 41 | ✓ | 4/23/13 | 9:43am | Photo showing work area in room #102 |
| 42 | ✓ | 4/23/13 | 9:43am | Photo showing cubicle with fire damage at end of desk (fire 5) |
| 43 | ✓ | 4/23/13 | 9:43am | Photo showing fire damage at end of desk (fire 5) |
| 44 | ✓ | 4/23/13 | 9:43am | Photo showing closer perspective of fire damage (fire 5) |
| 45 | ✓ | 4/23/13 | 9:43am | Photo showing fire damage in cubicle in vertical file holder (fire 6) |
| 46 | ✓ | 4/23/13 | 9:43am | Photo showing work cubicle and fire debris on ground |
| 47 | ✓ | 4/23/13 | 9:43am | Photo showing fire damage in room #103, cardboard boxes (fire 7) |
| 48 | ✓ | 4/23/13 | 9:43am | Photo showing smoke damage in room #103 (fire 7) |
| 49 | ✓ | 4/23/13 | 10:27am | Photo from surveillance camera (north exit), time stamped 3:07:11 AM |
| 50 | ✓ | 4/23/13 | 10:27am | Photo from surveillance camera (north exit), time stamped 3:07:12AM |
| 51 | ✓ | 4/23/13 | 10:27am | Photo from surveillance camera (north exit), time stamped 3:07:13AM |
| 52 | ✓ | 4/23/13 | 10:31am | Photo from surveillance camera (north desk), time stamped 3:07:14 AM |
| 53 | ✓ | 4/23/13 | 10:31am | Photo from surveillance camera (East Circ), time stamped 3:07:14 AM |
| 54 | ✓ | 4/23/13 | 10:31am | Photo from surveillance camera (north desk), time stamped 3:07:15 AM |

: Page # 3 I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

Jim Lynn
Name            Signature

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

UNITED STATES OF AMERICA, )
)
v. ) Case Number 12-04043-01-CR-C-BP
)
CHRISTOPHER CURTIS KELLEY )

## Continuation
## EXHIBIT INDEX  Page # 4

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 55 | ✓ | 4/23/13 | 10:58am | Photo from surveillance camera (East Circ), time stamped 3:07:15 AM |
| 56 | ✓ | 4/23/13 | 10:58am | Photo from surveillance camera (East Circ), time stamped 3:07:16 AM |
| 57 | ✓ | 4/23/13 | 10:58am | Photo from surveillance camera (East Circ), time stamped 3:07:29 AM |
| 58 | | | | Photo from surveillance camera (East Circ), time stamped 3:09:37 AM |
| 59 | | | | Photo from surveillance camera (north desk), time stamped 3:10:12 AM |
| 60 | ✓ | 4/23/13 | 11:16am | Photo from surveillance camera (East Circ), time stamped 3:12:29 AM |
| 61 | ✓ | 4/23/13 | 11:24am | Photo from surveillance camera (north desk), time stamped 3:12:43 AM |
| 62 | ✓ | 4/23/13 | 11:24am | Photo from surveillance camera (north desk), time stamped 3:12:45 AM |
| 63 | ✓ | 4/23/13 | 11:24am | Photo from surveillance camera (north desk), time stamped 3:12:46 AM |
| 64 | ✓ | 4/23/13 | 11:07am | Photo from surveillance camera (north exit), time stamped 3:24:12 AM |
| 65 | ✓ | 4/23/13 | 11:07am | Photo from surveillance camera (north exit), time stamped 3:24:14 AM |
| 66 | ✓ | 4/23/13 | 11:03am | Photo from surveillance camera (north door), time stamped 3:24:16 AM |
| 67 | ✓ | 4/23/13 | 11:03am | Photo from surveillance camera (north door), time stamped 3:24:18 AM |
| 68 | | | | Photo from surveillance camera (north exit), time stamped 3:24:21 AM |
| 69 | ✓ | 4/23/13 | 11:29am | Photo from surveillance camera (Bird Cage), time stamped 3:24:22 AM |
| 70 | ✓ | 4/23/13 | 11:27am | Photo from surveillance camera (Com rm 213), time stamped 2:21:41 AM |
| 71 | ✓ | 4/23/13 | 11:27am | Photo from surveillance camera (Com rm 213), time stamped 2:21:41 AM |
| 72 | ✓ | 4/23/13 | 11:27am | Photo from surveillance camera (Com rm 213), time stamped 2:21:41 AM |
| 73 | ✓ | 4/23/13 | 1:44pm | Photo depicting computer damage in Access Services |
| 74 | ✓ | 4/23/13 | 1:44pm | Second photo depicting computer damage in Access Services area |

: Page # __4__ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

__Jim Lynn__
Name           Signature

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

UNITED STATES OF AMERICA, )
)
v. ) Case Number 12-04043-01-CR-C-BP
)
CHRISTOPHER CURTIS KELLEY )

## Continuation
## EXHIBIT INDEX   Page # 5

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 75 | ✓ | 4/23/13 | 1:44pm | Third photo depicting computer damage |
| 76 | ✓ | 4/23/13 | 1:44pm | Fourth photo depicting computer damage |
| 77 | ✓ | 4/23/13 | 1:44pm | Fifth photo depicting computer damage |
| 78 | ✓ | 4/23/13 | 1:44pm | Photo depicting window damage (101A) |
| 79 | ✓ | 4/23/13 | 1:44pm | Photo depicting camera damage (wires dangling) near Circulation |
| 80 | ✓ | 4/23/13 | 1:44pm | Photo depicting camera lying on ground near Circulation |
| 81 | ✓ | 4/23/13 | 1:44pm | Photo of camera on ground (close up) |
| 82 | ✓ | 4/23/13 | 1:44pm | Photo depicting camera hanging from wires |
| 83 | ✓ | 4/25/13 | 1:44pm | Photo depicting camera hanging from wires |
| 84 | ✓ | 4/23/13 | 1:44pm | Photo of computer monitor on Circulation desk |
| 85 | ✓ | 4/23/13 | 1:44pm | Photo of second computer monitor on Circulation desk |
| 86 | ✓ | 4/23/13 | 1:44pm | Photo of third computer monitor on Circulation desk |
| 87 | ✓ | 4/23/13 | 1:44pm | Photo of entry door into Microforms (403) |
| 88 | ✓ | 4/23/13 | 1:44pm | Photo depicting window damage (fourth floor) |
| 89 | ✓ | 4/23/13 | 1:44pm | Photo of disassembled quiet sign |
| 90 | ✓ | 4/23/13 | 1:44pm | Photo of metal pole found in Access Services |
| 91 | ✓ | 4/23/13 | 1:44pm | Photo of handwritten note by Kelley |
| 92 | ✓ | 4/23/13 | 10:00am | Diagram of first floor of Ellis Library |
| 93 | | | | Diagram of second floor of Ellis Library |
| 94 | ✓ | 4/23/13 | 1:52pm | Diagram of fourth floor of Ellis Library |

: Page # 5 I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

__Jim Lynn_____
Name          Signature

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

UNITED STATES OF AMERICA, )
)
v. ) Case Number 12-04043-01-CR-C-BP
)
CHRISTOPHER CURTIS KELLEY )

## Continuation
## EXHIBIT INDEX   Page # 6

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 95 | ✓ | 4/23/13 | 2:08 pm | Photo of handwritten note found in printer in work cubicle |
| 96 | ✓ | 4/23/13 | 2:08 pm | Photo of handwritten note ("Welcome to the bunghole...") |
| 97 | ✓ | 4/23/13 | 2:09 pm | Note (Welcome to the bunghole...) |
| 98 | | | | Clery release for suspect in Ellis fires |
| 99 | ✓ | 4/23/13 | 10:20 | Disk containing video from Ellis Library surveillance cameras |
| 100 | ✓ | 4/23/13 | 2:02 pm | Metal pole |
| 101 | | | | Photo of Kelley's shirt |
| 102 | | | | Photo of Kelley's shoes |
| 103 | | | | Photo of Kelley's shorts |
| 104 | ✓ | 4/23/13 | 2:13 | Kelley's clothing |
| 105 | ✓ | 4/23/13 | 2:39 | Fire panel report |
| 106 | ✓ | 4/23/13 | 1:49 | Surveillance camera |
| 107 | ✓ | 4/23/13 | 2:02 | Handwritten note by Kelley |
| 108 | | | | |
| 109 | | | | |
| 110 | | | | |
| 111 | | | | |
| 112 | | | | |
| 113 | | | | |
| 114 | | | | |

: Page # __6__ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

__Jim Lynn__
Name            Signature