IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | ACTION NUMBER: 12-04043-01-CR-C-BP |
| vs. | ) | |
| | ) | |
| CHRISTOPHER CURTIS KELLEY, | ) | Date: 4/22/2013 |
| Defendant. | ) | |

# EXHIBITS

- ✓ = Offered & admitted w/o objection
- X = Offered & Admitted over objection
- Ex. = Offered, but objected to and excluded
- N.O.= Marked but not offered
- D.B.= Admitted, de bene
- W.D.= Offered then withdrawn
- Ltd. = Admitted for limited purposes

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ✓ | 4-22 | 1451 | Map of Ellis Library |
| 2 | ✓ | " | " | Photo facing reserve hallway from West |
| 3 | ✓ | " | " | Photo facing reserve desk from East |
| 4 | ✓ | " | " | Photo of copy services from East |
| 5 | ✓ | " | " | Photo of copy services from West |
| 6 | NO | | | Page 2 of report (shown to witness) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |

Page #_____ I CERTIFY that I have this date _____ received the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits, listed above, for which I will hold myself responsible.

_Troy Staberow_
PRINTED NAME

_____
SIGNATURE